Peter Merritt
Legal Intern
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (559) 741-3374

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket Number: 6:19-mj-00063-JDP |
| Plaintiff, | |
| | **MOTION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; AND ORDER THEREON** |
| OCTAVIO ROBERTO GUZMAN, | |
| Defendant. | |

The United States, by and through its representative, Peter Merritt, hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for August 11, 2020 and terminate probation. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on September 17, 2019.

.

Dated: August 7, 2020          /S/ Peter Merritt
                               Peter Merritt
                               Legal Inter
                               Yosemite National Park

1

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the review hearing scheduled for August 11, 2020 in the above-referenced matter, *United States v. Guzman*, 6:19-mj-00063-JDP, be vacated and probation terminated.

IT IS SO ORDERED.

Dated:   August 10, 2020                                    _____
UNITED STATES MAGISTRATE JUDGE

2